IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FALYN WRIGHT, | CV 22–117–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CYGNUS HOME SERVICE, LLC a/k/a SCHWAN'S HOME DELIVERY and JOHN DOES 1-10, | |
| Defendants. | |

Before the Court is the parties' Joint Motion to Attend Preliminary Pretrial Conference Telephonically. (Doc. 5.) The motion requests that the Court allow the parties to appear telephonically or by Zoom at the Preliminary Pretrial Conference on January 25, 2023, to avoid costs of out-of-state travel and risks attributable to a recent surge in COVID cases. (*Id.* at 1–2.) The motion notes that the parties have conferred and do not believe there will be any contentious issues presented at the conference. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 5) is GRANTED. The parties may attend the Preliminary Pretrial Conference telephonically. The parties are to call in to 1-669-254-5252. When prompted, enter the Meeting ID 160 1303 0341, followed by # #.

DATED this 29th day of December, 2022.

/s/ Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court